-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EDDIE L. WINDOM BEY and
MARY A WINDOM BEY,

        Plaintiffs,

        -v-                                        DECISION AND ORDER
                                                        11-CV-6457CJS(P)

CITY OF ROCHESTER, COUNTY OF MONROE
and STATE OF NEW YORK,

        Defendants.

_____

EDDIE L. WINDOM BEY and
MARY A. WINDOM BEY,

        Plaintiffs,

        -v-                                        DECISION AND ORDER
                                                        11-CV-6458CJS(P)

AMERICAN TAX FUNDING
and STATE OF NEW YORK,

        Defendants.

_____

      Plaintiffs have submitted two complaints to the Court and seek permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to consider these requests, it needs sufficient information on which to base its determination.

      Here, the documentation Plaintiffs have submitted is inadequate to permit the Court to evaluate the requests. Specifically, Plaintiffs have supplied inconsistent information between their two applications in these two cases. Because the Court cannot grant the requests on the basis of the information included in the application, Plaintiffs are directed to appear before the Court on **November 10, 2011 at 3:45 p.m.** for a hearing on their

applications. Although Defendants have not yet been served, the Court invites their counsel to attend the hearing at their own discretion.

The Clerk of the Court is directed to send a copy of this Order to Defendants' counsels by U.S. Mail at the following addresses: **City of Rochester**, Corporation Counsel's Office, 400A City Hall, Rochester, NY 14616; **Monroe County Attorney's Office**, 39 W. Main St., Suite 307, Rochester, NY 14614; **State of New York**, Attorney General's Office, 144 Exchange Blvd., Rochester, NY 14614; and **Richard J. Evans, Jr., Esq.**, Phillips Lytle, 28 E. Main St., Suite 1400, Rochester, NY 14614.

SO ORDERED.

Dated: October 26, 2011
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge